AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One (1) SUBJECT PARCEL bearing confirmation no. EJ336587643US, more fully described in Attachment A attached hereto | Case No. MJ20-393 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B. Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7/1/2020 1:00pm

City and state: Seattle, Washington

*Judge's signature*

Brian A. Tsuchida, U.S. Magistrate Judge
*Printed name and title*

USAO 2020R00527 [BURNS to DOCUMENT SOLUTIONS]

| Return |||
|---|---|---|
| Case No.:<br>2958834-PMN | Date and time warrant executed:<br>July 1, 2020, 1:40pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Inspectors Kerkof and Vanicek |||
| Inventory of the property taken and name of any person(s) seized:<br><br>3.2 grams of white tables. The tablets have a K on one side of the perforation line and a 57 on the other The tablets have no markings on the reverse side.<br>/-------------------------------------NOTHING FOLLOWS--------------------------------------------------------------/ |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 1, 2020

*Executing officer's signature*

Mitch Vanicek US Postal Inspector
*Printed name and title*

# ATTACHMENT A
### Parcel to be searched

One Priority Mail Express parcel addressed to "Document Solution, 1600 Dash Point RD #465, Federal Way, WA 98023," with a return address of "Mark Burns, 132 S. Market St, Inglewood, CA 90301" This parcel is a flat rate parcel measuring approximately 12" x 8.75" x 1". The parcel weighs approximately 15 ounces. This parcel is postmarked June 25, 2020, from Los Angeles, CA, and carries $26.35 in postage. The tracking number associated with the parcel is EJ336587643US.



ATACHMENT A - 1
PARCEL TO BE SEARCHED
USAO# 2020R00527 [BURNS to DOCUMENT SOLUTIONS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
### Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a.  Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, fentanyl, oxycodone, and Oxycontin;

b.  Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c.  Controlled substance-related paraphernalia;

d.  Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e.  Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f.  Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATACHMENT B - 1
ITEMS TO BE SEIZED
USAO# 2020R00527 [BURNS to DOCUMENT SOLUTIONS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970